OPINION — AG — ** SALT WATER — DISPOSAL — MUNICIPALITY ** A SALT WATER DISPOSAL WELL IS NOT WITHIN THE SCOPE OF A MUNICIPAL ORDINANCE REGULATING " LAND FILLS, GARBAGE DUMPS, REFUSE COLLECTION, RUBBISH HEAPS, WASTE YARDS, JUNK YARDS OR TRASH PILES ". (CORPORATION COMMISSION, MINES AND MINERALS, CITIES, CORPORATE LIMITS OF A CITY) CITE: 52 O.S. 139 [52-139], 11 O.S. 1401 [11-1401] (FLOYD W. TAYLOR)